UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Michael De Angelis</u>

       v.                                            Case No. 04-cv-456-SM

<u>Hillsborough County Department of Corrections</u>


<u>O R D E R</u>

The parties are each ordered to file either their own proposed discovery plan or an agreed to plan on or before August 8, 2005.


SO ORDERED.


July 12, 2005                                       _/s/James R. Muirhead_____
                                                             James R. Muirhead
                                                             United States Magistrate Judge


cc:     Michael De Angelis, pro se
        Carolyn Kirby, Esq.