UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Michael De Angelis</u>

    v.                        04-cv-456-SM

<u>Hillsborough County Department of Corrections, et</u>


<u>ORDER</u>

Re: Document No. 120, Motion for Hearing

Ruling: Although plaintiff has designated his Motion for Hearing as a pleading to be filed in this case, it is apparent from the text of the motion [letter] that he seeks relief completely unrelated to the subject matter of this litigation.

The clerk shall strike the reference to this case's docket number, remove the motion from this docket, and process the motion [letter] as in the usual course as if plaintiff were seeking to file a new action for relief based upon alleged incidents occurring on September 25, 2006.

Plaintiff is also reminded that he must first exhaust available administrative remedies, consistently with deadlines prescribed by prison policies and regulations, before he can pursue litigation in this court. Those deadlines are short. Generally, inmates must file appropriate administrative claims within 30 days of the incident giving rise to the claim for relief. Therefore, plaintiff should not delay in filing his administrative claim.

                                                  Steven J. McAuliffe
                                                  Chief District Judge

Date: October 5, 2006

cc:  Michael De Angelis, pro se
     John Curran, Esq.
     Elizabeth Hurley, Esq.