UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michael DeAngelis</u>

v.                                    Case No. 04-cv-456-SM

<u>Hillsborough County</u>
<u>Department of Corrections, et al.</u>

ORDER

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated July 11, 2007, no objection having been filed, for the reasons set forth therein. Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (document no. 139) is hereby denied.

SO ORDERED.

August 8, 2007

_____
Steven J. McAuliffe
Chief Judge

cc:   Michael DeAngelis, pro se
      John Curran, Esq.
      Elizabeth Hurley, Esq.
      Carolyn Kirby, Esq.