UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Michael DeAngelis,
    Plaintiff

    v.                                    Civil No. 04-cv-456-SM

Hillsborough County Department
of Corrections, et al.
    Defendants

## O R D E R

    Granted (document no. 142). Plaintiff was given until July 27, 2007, to file his response, and was provided by the clerk with a copy of the dispositive motion at the hearing on June 29, 2007. Plaintiff's excuses for failing to file a timely response are neither credible nor persuasive. However, the court will allow one last extension. Plaintiff shall respond to the motion for summary judgment on or before September 3, 2007. No further extensions will be granted absent genuinely extraordinary circumstances.

    **SO ORDERED.**

                                                  _____
                                                  Steven J. McAuliffe
                                                  Chief Judge

August 21, 2007

cc:  Michael DeAngelis, pro se
     Carolyn M. Kirby, Esq.
     John A. Curran, Esq.
     Elizabeth L. Hurley, Esq.